# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 14-57038 |
| **JENNIFER NOELLE KAECH** | ) |
| | ) CHAPTER 13 |
| **DEBTOR.** | ) JUDGE PRESTON |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2014, a copy of the MOTION FOR RELIEF FROM STAY (Doc. 23) filed December 1, 2014 was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Frank M. Pees, Chapter 13 Trustee, 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085
United States Trustee, 170 North High Street, Suite 200, Columbus, OH 43215
Michael A. Cox, Esq., Hall, Guerrieri & Cox, 2500 North High Street, Suite 100, Columbus, OH 43202

And upon the following by regular U.S. Mail, postage prepaid:

Jennifer Noelle Kaech, 840 Norton Road, Columbus, OH 43228

 Jeffrey A. Blankenship
 Jeffrey A. Blankenship (0014764)
 Attorney for Charles Postlewaite and Chipwood Management Company
 3303 Sullivant Avenue
 Columbus, OH 43204
 (614) 274-2889
 (614) 274-8507 Fax
 jblankenshiplaw@gmail.com