**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 14, 2015**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:    JENNIFER NOELLE KAECH           :        Case No. 14-57038

                                          :        Chapter 13

                                          :        Judge C KATHRYN PRESTON

**ORDER DENYING CONFIRMATION AND DISMISSING CASE (Doc. 21)**

The matter before the Court is the proposed confirmation of the Debtor(s)' plan and the Objection to Confirmation filed by the Trustee. The Court finds that the plan is not in posture for confirmation; therefore, the Court hereby denies confirmation and dismisses the Chapter 13 case pursuant to 11 U.S.C. 1307(c).

The Court retains jurisdiction pursuant to 11 U.S.C. §349 to consider administrative matters only, including the allowance of administrative fees and expenses, the disbursement of adequate protection payments pursuant to §1326, and the closing of the case. Any applications for the allowance of administrative expenses, including attorneys and appraisal fees, must be filed within ten (10) days of this date. Any administrative fees charged by the Chapter 13 Trustee which remain unpaid shall be tendered by the Debtor(s) to the Trustee within twenty (20) days of the date of this order.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

###